```
YOUNG CHO
ATTORNEY AT LAW:  189870
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
562/868-5886
FAX:  562/868-5491

ATTORNEY FOR PLAINTIFF
CONSTANCE M. ISLAND
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE M. ISLAND,          ) | Case No.: 1:09-CV-01685-GSA |
|               Plaintiff,     ) | ORDER RE STIPULATION TO DISMISS |
|      vs.                      ) | |
| MICHAEL J. ASTRUE,             ) | |
| Commissioner of Social Security, ) | |
|               Defendant.       ) | |

Based upon the parties' Stipulation to Dismiss (Doc. 11),

IT IS HEREBY ORDERED that the matter be dismissed with prejudice, each side to bear his/her own costs and expenses, including but not limited to attorney's fees. Accordingly, the Clerk of the Court is directed to close this case.

DATED: March 4, 2010

                    /s/ Gary S. Austin
             THE HONORABLE GARY S. AUSTIN
             UNITED STATES MAGISTRATE JUDGE

-1-